886

No. 1374. DI MELIA *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John P. Brennan* for petitioner.

No. 1282. HOTTENSTEIN ET AL. *v.* YORK ICE MACHINERY CORP. June 18, 1945. On consideration of the suggestion of a diminution of the record and a motion for a writ of certiorari in that relation, the motion for certiorari is denied. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur Garfield Hays* and *George D. Hornstein* for petitioners. *Messrs. Robert H. Richards* and *Aaron Finger* for respondent.

No. 1294. JONES & LAUGHLIN STEEL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Alfred C. Kammer* and *John C. Bane, Jr.* for petitioner. *Assistant Solicitor General Cox, Mr. Alvin J. Rockwell, Misses Ruth Weyand* and *Ida Klaus* for respondent.

No. 1270. SPRIGGS *v.* STATE BOARD OF LAW EXAMINERS. June 18, 1945. The application for a stay is denied. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

No. 1199. YOUNG *v.* SANFORD, WARDEN. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Louis David*

*Young, pro se.* *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 1209. BURALL *v.* JOHNSTON, WARDEN. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wayne M. Collins* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 1212. BANGHART *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Basil Banghart, pro se.* *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1228. COFFIN *v.* REICHARD. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Lyman Glover Coffin, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 1244. OXMAN *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Maxwell P. Oxman, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.